IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AUTHWALLET, LLC, | § | No. 6:23–CV–244–DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| WOODFOREST NATIONAL BANK, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i). (Dkt. # 12.) The Notice informs the Court that Plaintiff seeks to dismiss without prejudice all claims in this suit. (Id.) Pursuant to the Notice, the Court hereby **ORDERS** that the case be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own fees and costs. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Waco, Texas, May 2, 2023.

_____
David Alan Ezra
Senior United States District Judge